IN the INTEREST OF: D.W.

**1544 MDA 2016**

Superior Court of Pennsylvania.

03/08/2017

2015–1966 (Centre)

Affirmed

COM.

v.

**SMITH, B.**

**313 WDA 2016**

Superior Court of Pennsylvania.

03/08/2017

CP–02–CR–0015947–201 (Allegheny)

Affirmed

COM.

v.

**LOMAX, A.**

**689 WDA 2016**

Superior Court of Pennsylvania.

03/08/2017

CP–25–CR–0001819–2008 (Erie)

Affirmed

COM.

v.

**DEGOUNETTE, W.**

**749 WDA 2016**

Superior Court of Pennsylvania.

03/08/2017

CP–02–CR–0013436–2015 (Allegheny)

Reversed/Vacated

COM.

v.

**CONSTANTINI, C.**

**790 WDA 2016**

Superior Court of Pennsylvania.

03/08/2017

CP–02–CR–0001446–2015 (Allegheny)

Affirmed